IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17 CV 137

| | |
|---|---|
| LISA L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending before the Court is the Motion to Remand to the Social Security Administration [# 20] by Nancy A. Berryhill, Acting Commissioner of Social Security. Pursuant to sentence four of 42 U.S.C. § 405(g), Defendant asks the Court to enter a judgment reversing and remand the case for further administrative proceedings. Plaintiff's attorney does not oppose the motion.

Therefore, the Court **GRANTS** the motion [# 20] and hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 101–02 (1991).

Signed: October 24, 2017

Dennis L. Howell
United States Magistrate Judge