# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:17CV137

| | |
|---|---|
| LISA LYNN WILLIAMS, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **ORDER** |
| | ) |
| NANCY A. BERRYHILL, | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

This matter is before the court on the parties' Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (# 23). It appears that the parties have agreed to an award to Plaintiff in the amount of $3,867.00, which constitutes a full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). It further appears that Plaintiff has assigned her right to payment of such fees and costs to her attorney.

In light of the foregoing, it is ORDERED that Plaintiff shall be, and hereby is, awarded the sum of $3,867.00 for attorney fees and costs in full satisfaction of any and all claims against Defendant arising under the EAJA, and upon payment of such sum, Defendant shall be discharged from any further liability for fees, costs, and expenses.

Signed: January 19, 2018

_____
Dennis L. Howell
United States Magistrate Judge